JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BANUELOS,<br><br>    Plaintiff,<br><br>    v.<br><br>UPS GROUND FREIGHT, INC.,<br><br>    Defendant. | CV 15-2408 PA (AJWx)<br><br>JUDGMENT |

Pursuant to the Court's January 4, 2016 Minute Order granting the Motion for Summary Judgment filed by defendant UPS Ground Freight, Inc. ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Maria Banuelos ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2 nothing and that Defendant shall have its costs of suit.

3       IT IS SO ORDERED.

5 DATED: January 4, 2016

                                        Percy Anderson
                           UNITED STATES DISTRICT JUDGE